Writ of error dismissed on motion of counsel for the respective parties.

*Kurtz & Reed,* for Plaintiff in Error.

*Patterson, Blackwell & Knight, W. Clinton Green* and *Thomas W. Anderson,* for Defendant in Error.

Julia Henderson, a widow, Appellant, v. E. B. Leatherman, as Clerk, Appellee.

Appeal dismissed on motion of counsel for the respective parties.

*John M. Murrell,* for Appellant.

*Bart A. Riley, Loftin, Stokes & Calkins, Albert Bernstein* and *Hall & English,* for Appellee.

David Sholtz, *et al.,* Plaintiffs in Error, v. State of Florida, *ex rel.* Ben Hur Life Assurance, a corporation, Defendant in Error.

Writ of error dismissed on motion of counsel for the respective parties.

*Cary D. Landis,* Attorney General, and *Robert J. Pleus,* for Plaintiffs in Error.

*Casey & Walton,* for Defendant in Error.

Willie Montgomery, Plaintiff in Error, v. H. L. DeLaney, Sheriff of Hendry County, Florida, Defendant in Error.

Writ of error dismissed on motion of counsel for Plaintiff in Error.